18 So.2d 883

**Wilbert RICHARD v. STATE.**

7 Div. 791.

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Appeal dismissed.

---

18 So.2d 119

**Ruby RICHARDSON v. STATE.**

8 Div. 367.

Court of Appeals of Alabama.
Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Appeal dismissed.

---

18 So.2d 883

**Ruby RICHARDSON v. STATE.**

8 Div. 372.

Court of Appeals of Alabama.
May 23, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Appeal dismissed.

---

11 So.2d 882

**Tommie ROBINSON v. STATE.**

6 Div. 954.

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

BRICKEN, Presiding Judge.
Affirmed.

---

12 So.2d 874

**Beck ROBISON v. STATE.**

8 Div. 323.

Court of Appeals of Alabama.
Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

SIMPSON, Judge.
Affirmed.

---

12 So.2d 874

**Beck ROBISON v. STATE.**

8 Div. 313.

Court of Appeals of Alabama.
March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.